**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JONATHAN NOVAK,

    Plaintiff,

vs.                                       CASE NO.: 8:15-cv-02513-VMC-AEP

CREDIT PROTECTION ASSOCIATION, L.P.,

    Defendant.       /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Defendant, CREDIT PROTECTION ASSOCIATION, L.P., and the Plaintiff, JONATHAN NOVAK, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss with prejudice each claim and count asserted by Plaintiff against Defendant in the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees, costs and expenses.

Respectfully submitted this 28th day of June, 2016.

| THE CONSUMER PROTECTION FIRM, PLLC | HINSHAW & CULBERTSON LLP |
|---|---|
| */s/* William Peerce Howard | */s/* Ruel W. Smith |
| William Peerce Howard | Ruel W. Smith, Esq. |
| FBN 103330 | FBN 36548 |
| 210-A South MacDill Avenue | Andrew J. J. Collinson, Esq. |
| Tampa, FL 33609 | FBN: 55552 |
| 813-500-1500 | 100 South Ashley Drive |
| Fax: 813-435-2369 | Suite 500 |
| Billy@TheConsumerProtectionFirm.com | Tampa, FL 33602-5301 |
| Attorneys for Plaintiff | 813-276-1662 TEL |
| | 813-276-1956 FAX |
| | rsmith@hinshawlaw.com |
| | acollinson@hinshawlaw.com |
| | Attorneys for Defendant |